SCWC-12-0000383

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BRIAN M. YOSHII,
Petitioner/Claimant-Appellee-Appellant,

vs.

STATE OF HAWAIʻI, UNIVERSITY OF HAWAIʻI,
Respondent/Employer-Appellant-Appellee, Self-Insured,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Third-Party Administrator-Appellant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000383; CASE NO. AB 2010-169 (2-08-46774))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellee-Appellant Brian M.

Yoshii's application for writ of certiorari filed on August 3,

2015, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, September 10, 2015.

Rebecca L. Covert
for petitioner

Paul A. Brooke
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

